# Exhibit A



Return Mail Processing
PO Box 999
Suwanee, GA 30024



34 1 12874 ****************AUTO**ALL FOR AADC 480
ZACHARY HOUSTON LOAFMAN

October 31, 2024

RE: Important Security Notification. Please read this entire letter.

Dear Zachary Houston Loafman:

Belle Tire recently discovered an incident that may affect the security of your personal information. We want to provide you with information about the incident, steps we are taking in response, and steps you may take to guard against identity theft and fraud, should you feel it is appropriate to do so.

**What Happened?**
On June 11, 2024, Belle Tire identified activity in our computer system occurring without our permission. We quickly took steps to stop that activity. We hired a third-party team to investigate and assist us. We also contacted law enforcement. We have since learned that a cybercriminal was able to see and take copies of some data from our computer network. On September 11, 2024, we received more specific information that personal data linked to you may have been seen and taken.

**What Information Was Involved?**
The data that may have been seen and taken includes contact information (such as name, address, and date of birth) plus one or more of the following: a) Social Security number or, (b) driver's license. The data that may have been seen and taken was not the same for everyone.

**What Are We Doing?**
We take the protection of your personal information seriously and are taking steps to prevent a similar occurrence. We investigated this matter and are cooperating with law enforcement. We are making our computer systems even stronger than before in an effort to prevent this from happening again.

To help protect your identity, we are offering complimentary access to Experian IdentityWorks$^{SM}$ for 24 months.

If you believe there was fraudulent use of your information as a result of this incident and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent. If, after discussing your situation with an agent, it is determined that identity restoration support is needed then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the incident (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

Please note that Identity Restoration is available to you for 24 months from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration.

Engagement # B133697